| | |
|---|---|
| 1 | STEVEN G. KALAR<br>Federal Public Defender |
| 2 | ROBERT CARLIN<br>Assistant Federal Public Defender |
| 3 | 160 West Santa Clara Street, Suite 575 |
| | San Jose, CA 95113 |
| 4 | Telephone: (408) 291-7753 |
| 5 | Counsel for Defendant<br>THOMAS GILBERT WILSON |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 12-00744-DLJ |
| Plaintiff, | ) | STIPULATION TO CONTINUE STATUS |
| vs. | ) | CONFERENCE; [] ORDER |
| THOMAS GILBERT WILSON, | ) | |
| Defendant. | ) | |

Plaintiff United States of America, by and through Special Assistant United States Attorney Ann Marie Ursini, and Defendant THOMAS GILBERT WILSON ("Mr. Wilson"), by and through his attorney of record, Assistant Federal Public Defender Robert Carlin, hereby stipulate that the status conference in this case should be continued from January 31, 2013, to March 14, 2013, at 9:00 a.m.

1. Mr. Wilson has been charged in an eleven (11) count indictment with violations of 18 U.S.C. §§ 371, 2, 471, 472, and 477.

2. A status conference before this Honorable Court is currently scheduled for January 31, 2013, at 9:00 a.m.

STIPULATION TO CONTINUE STATUS
CONFERENCE; ] ORDER
CASE NO. CR 12-00744 DLJ                 1

1     3. Additional time is required to conduct investigation, and also to research the

2 possibility of certain pretrial motions. Counsel for Mr. Wilson also needs the opportunity to

3 further discuss the facts and pending charges with government counsel, to determine if an

4 appropriate resolution of the matter can be reached.

5     4. Mr. Wilson respectfully requests that the status hearing be continued as requested, and

6 agrees to the exclusion of time from January 31, 2013, to March 14, 2013, pursuant to 18 U.S.C.

7 § 3161 (h)(7)(A).

8     5. Accordingly, the parties request that the status hearing be continued from January 31,

9 2013, to March 14, 2013, at 9:00 a.m.

10     IT IS SO STIPULATED.

Respectfully submitted,

STEVEN G. KALAR
Federal Public Defender

/S/
_____
Dated: January 29, 2013     ROBERT M. CARLIN
Assistant Federal Public Defender

UNITED STATES ATTORNEY

/S/
_____
Dated: January 29, 2013
ANN MARIE URSINI
Special Assistant United States Attorney

| | |
|---|---|
| 1 | STEVEN G. KALAR |
| | Federal Public Defender |
| 2 | ROBERT M. CARLIN |
| | Assistant Federal Public Defender |
| 3 | 160 West Santa Clara Street, Suite 575 |
| | San Jose, CA 95113 |
| 4 | Telephone: (408) 291-7753 |
| 5 | Counsel for Defendant |
| | THOMAS GILBERT WILSON |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

UNITED STATES OF AMERICA,  )   No. CR 12-00744-DLJ
                           )
            Plaintiff,     )   [] ORDER ON STIPULATION
                           )   TO CONTINUE STATUS CONFERENCE
vs.                        )
                           )
THOMAS GILBERT WILSON,     )
                           )
            Defendant.     )
_____

1. Mr. Wilson has been charged in an eleven (11) count indictment with violations of 18 U.S.C. §§ 371, 2, 471, 472, and 477.

2. A status conference before this Court is currently scheduled for January 31, 2013, at 9:00 a.m.

3. Additional time is required to conduct investigation, and also to research the possibility of certain pretrial motions. Counsel for Mr. Wilson also needs the opportunity to further discuss the facts and pending charges with government counsel, to determine if an appropriate resolution of the matter can be reached.

///

STIPULATION TO CONTINUE STATUS
CONFERENCE; [] ORDER
CASE NO. CR 12-00744 DLJ                3

1    4. The status hearing in this matter shall be continued from January 31, 2013, to March

2 14, 2013, at 9:00 a.m., and time shall be excluded pursuant to 18 U.S.C. § 3161 (h)(7)(A).

3    IT IS SO ORDERED.

5 Dated: __FDIEDFH__                    _____
                                          HON. D. LOWELL JENSEN
6                                         United States District Judge

STIPULATION TO CONTINUE STATUS
CONFERENCE; ] ORDER
CASE NO. CR 12-00744 DLJ            4